GEORGE B. POST and RICHARD H. POST, Respondents, v. MARY C. FISH, Appellant. GEORGE B. POST and RICHARD H. POST, Respondents, v. SUE T. FISH, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DOROTHY O'DEA, an Infant, by CATHERINE O'DEA, Her Guardian ad Litem (as Amended), Appellant, v. MONTAGE VINEYARDS Co., INC., Respondent, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

CHARLOTTE LaVELLE, Appellant, v. LEONARD KENT MOTORS, INC., Respondent, Impleaded with Others, Defendants.— Order unanimously reversed, with costs and disbursements, and the verdict reinstated. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Dore, J., dissents and votes to affirm.)

JACK ROSENBERG and IRVING FREED, Respondents, v. WILLIAM I. NATHAN, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ANTOINETTE M. CONDON, as Limited Ancillary Administratrix, etc., of JAMES D. CONDON, Intestate, Late of Pittsburgh, State of Pennsylvania, Appellant, v. SIGMUND JANAS, Respondent.— Judgment and order unanimously reversed, with costs, and the motion denied, on the ground that there are issues of fact to be tried. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JOACHIM ABERBACH, Respondent, v. BERT M. CRANDALL, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the complaint.

NEW YORK CREDIT MEN'S ASSOCIATION, as Trustee in Bankruptcy of BENJAMIN BALISH COMPANY, INCORPORATED, Appellant, v. CARL I. DINGFELDER and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ANITA SUNSHINE, Appellant, v. FIRM AMUSEMENT CORPORATION, NILES T. GRANLUND and IRVING MILLS, Respondents.— Judgment unanimously affirmed, with costs to the respondents Firm Amusement Corporation and Irving Mills. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

CHARLES GOELL, Plaintiff, Appellant, and CITY REAL ESTATE COMPANY, Plaintiff, v. THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

ROBERT S. BUTTLES, as Substituted Receiver of the SEABOARD TRADING COMPANY, Appellant, v. ALBERT L. SMITH and Others, Defendants, Impleaded with E. ALLAN REINHARDT, Individually, and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GLENS FALLS INDEMNITY COMPANY OF GLENS FALLS, NEW YORK, Respondent, v. ARC ENGINEERING CORPORATION and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.